UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Petitioner,

v.                                                    Case No. 19-mc-23-pp

SCOTT A. HEUBNER,

        Respondent.

---

## ORDER WITHDRAWING WARRANT

---

On September 26, 2019, the court held a hearing for the respondent to show cause for his failure to completely comply with an IRS summons. Dkt. No. 4. The respondent did not appear for the hearing, so the court issued a warrant for his arrest for his failure to appear. Dkt. No. 6.

On September 30, 2019, the government notified the court that the respondent had completely complied with the IRS summons and turned over all of the tax information sought by the IRS, and it requested that the arrest warrant be withdrawn. Dkt. No. 7.

The court **ORDERS** that the warrant for the arrest of respondent Scott Huebner is **WITHDRAWN**.

Dated in Milwaukee, Wisconsin this 30th day of September, 2019.

                                                        **BY THE COURT:**

                                                        **HON. PAMELA PEPPER**
                                                        **United States District Judge**